IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00009-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ARTEMIO NAVARRO-RAYO,
      a/k/a Artemio Garcia,
      a/k/a Arturo Arayo,
      a/k/a Arturo Navarro,
      a/k/a Antemoi Rayo,

    Defendant.

## GOVERNMENT'S MOTION FOR A ONE-LEVEL DOWNWARD DEPARTURE

The United States of America, by and through the undersigned United States Attorney and Assistant United States Attorney, moves for a one-level downward departure pursuant to 5K3.1 of the United States Sentencing Guidelines (USSG) authorizing early disposition programs. The defendant qualifies for this one-level downward departure under this District's "Fast-Track" policy, and this motion was specifically contemplated in section (I)(C) of the plea agreement entered to resolve this matter.

Dated this 11th day of July, 2019.

Respectfully submitted,

          JASON R. DUNN
          United States Attorney

By: *s/ Sarah H. Weiss*
     Sarah H. Weiss
     Assistant U.S. Attorney
     United States Attorney's Office
     1801 California Street, Suite 1600
     Denver, Colorado   80202
     Phone:  (303)   454-0100
     Fax: (303) 454-0403
     E-mail: sarah.weiss@usdoj.gov
     Attorney for the Government

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      Edward_harris@fd.org

                                            *s/ Sarah H. Weiss*
                                            Sarah H. Weiss
                                            Assistant U.S. Attorney
                                            U.S. Attorney's Office